

**Rodd Naquin**
**Clerk of Court**

**Notice of Judgment and Disposition**

May 20, 2022

**Post Office Box 4408**
**Baton Rouge, LA**
**70821-4408**
**(225) 382-3000**

Docket Number:  2022 - KW - 0220

State Of Louisiana
    versus
Michael Lee

TO:   Hon. Samuel C. D'Aquilla        John S. McLindon
      East Feliciana Parish            WALTERS PAPILLION
      P.O. Box 8428                    12345 Perkins Road
      Clinton, LA 70722                Building Two, Suite 202
                                       Baton Rouge, LA 70810
                                       mclindon@lawbr.net

      Jessica B. Weimer                Hon. Sydney Picou Walker
      Office of the District Attorney  P.O. Box 2758
      P.O. Box 8248                    StFrancisville, LA 70775
      Clinton, LA 70722

In accordance with Local Rule 6 of the Court of Appeal, First Circuit, I hereby certify that this notice of judgment and disposition and the attached disposition were transmitted this date to the trial judge or equivalent, all counsel of record, and all parties not represented by counsel.

RODD NAQUIN
CLERK OF COURT

# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MICHAEL LEE

NO. 2022 KW 0220

**MAY 20, 2022**

---

In Re:   State of Louisiana, applying for supervisory writs, 20th Judicial District Court, Parish of East Feliciana, Nos. 21-CR-565, 21-CR-566.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.**

JMM
WIL
EW

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT